UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT ANTHONY CICENIA, | Civil Action No.: 2:15-CV-06531-MCA-LDW |
| Plaintiff, | |
| vs. | |
| CITY OF ORANGE, POLICE OFFICER R. ARIAS VASQUEZ, POLICE DIRECTOR, HAKIM SIMS, MAYOR DWAYNE D. WARREN, and JOHN DOE POLICE OFFICERS #1-4, | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, R. ARIAS VASQUEZ |
| Defendants. | |

THIS ABOVE-MATTER having been amicably adjusted, the within matter is dismissed without cost to any party.

By: _____
RONALD M. GUTWIRTH
Attorney for plaintiff, Vicent Cicenia
DATED:

LAMB KRETZER, LLC
By: _____
ALDO RUSSO
Attorney for defendant, R. Arias Vasquez

SO ORDERED
8/30/17   _____
Madeline Cox Arleo, U.S.D.J.